IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBY L. LYNN, :
:
    Plaintiff, :
: CIVIL ACTION
v. :
: NO. 08-1759
JOHN TUCCI, et al., :
:
    Defendants. :

## **ORDER**

**AND NOW**, this 2nd day of June 2011, in accordance with the Opinion dated June 2, 2011, it is ORDERED that:

1. The above-referenced action is DISMISSED with prejudice.

2. All pending motions are DENIED as moot.

3. The Clerk of Court shall close the case.


BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.